# Third District Court of Appeal

## State of Florida

Opinion filed August 13, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0700
Lower Tribunal No. 25-42689-CC-26
_____

**Treneisha Edwards,**
Appellant,

vs.

**Atlantic Villas at Kendall, LLC,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Lawrence D. King, Judge.

Treneisha Edwards, in proper person.

Barfield McCain Ayoub, P.A., and Elizabeth S. Rivera (West Palm Beach), for appellee.

Before FERNANDEZ, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed. See Fla. R. App. P. 9.315(a).